UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

The Burlington Insurance Company                                              Plaintiff

v.                                                                     No. 3:18-cv-650-BJB-LLK

La Movida Incorporated                                                      Defendant

\* \* \* \* \*

**JUDGMENT**

In light of the motion for summary judgment filed by Plaintiff Burlington Insurance Company, and the Court's opinion granting that motion, the Court **DECLARES** that Burlington's policy does not create a duty to defend or indemnify La Movida based on claims in the underlying lawsuit connected to the auto accident and enters **JUDGMENT** in favor of the Plaintiff. Plaintiff's complaint is dismissed with prejudice.

February 13, 2021

Benjamin Beaton, District Judge
United States District Court

cc: counsel of record